UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RASHAD LUTF AHMED MOHAMMED, et al., :
                      Plaintiff, :
: 21 Civ. 6844 (LGS)
      -against- :
: ORDER
UNITED STATES DEPARTMENT OF :
AGRICULATURE, FOOD AND NUTRITION :
SERVICE, :
                    Defendants :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties informed the Court that they are preparing a stipulation to address the requests made in Plaintiffs' application for a temporary restraining order.  It is hereby

      **ORDERED** that the conference scheduled for August 17, 2021, at 5:00 p.m. is **CANCELLED**.

Dated: August 17, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**