

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 21, 2021

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

      Re:    <u>Mohammed, et al. v. United States Dept. of Agriculture, Food and Nutrition Svc.</u>,
            21-cv-6844 (LGS)

Dear Judge Schofield:

      This Office represents defendant United States Department of Agriculture, Food and
Nutrition Service ("Defendant" or "United States") in the above-referenced action in which
plaintiffs Rashad Lutf Ahmed Mohammed and 1902 New Way Gourmet Inc. ("Plaintiffs")
challenge their six-month disqualification from the federal Supplemental Nutrition Assistance
Program ("SNAP"). On September 15, 2021, the Court entered an Order setting an initial
conference in this action for October 28, 2021 at 10:40 a.m. <u>See</u> Order (ECF No. 11). I write
respectfully to request, with Plaintiff's consent, a 30-day adjournment of the initial conference
because Plaintiff has not yet served a summons or complaint on Defendant. As a result, the
United States has not yet interposed a response to the complaint. The parties therefore
respectfully request a 30-day adjournment of the initial conference to permit Plaintiff time to
effect proper service and for the United States to file a responsive pleading. The parties will then
be in a better position to discuss the case and confer regarding a case management plan.

      If the conference is adjourned, counsel are available on the morning of November 22, any
time on November 23, the morning of November 24, any time on November 29 or December 1,
2021, or at another time that is convenient for the Court. This is the parties' first request for an
adjournment of the initial conference. We thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:      /s/ Carly Weinreb
         CARLY WEINREB
         Assistant United States Attorney
         86 Chambers Street, Third Floor
         New York, NY 10007
         Tel: (212) 637-2769
         Carly.Weinreb@usdoj.gov
         *Counsel for Defendant*

Cc:      Joseph A. Bahgat, Esq., *Counsel for Plaintiffs* (by ECF)


Application **GRANTED**.  The initial conference scheduled for October 28, 2021, is ADJOURNED to **December 2, 2021, at 10:40 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated:  October 22, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE