UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHAD LUTF AHMED MOHAMMED,
et al.,

                          Plaintiffs,      21 Civ. 6844 (LGS)

        -against-

                                          ORDER

U.S. DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE,
                        Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an initial conference is scheduled for December 2, 2021.  (Dkt. No. 14.)

       WHEREAS, this Court's September 15, 2021, Order required the parties to file a joint letter and proposed case management plan seven days prior to the initial conference.  (Dkt. No. 11.)

       WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

       **ORDERED** that, by **November 30, 2021**, the parties shall file a joint letter and proposed case management plan.

Dated:  November 29, 2021
           New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE