

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

<span style="color:blue">Application **GRANTED** in part.  By **December 8, 2021**, Plaintiffs shall file proof of service of the Complaint. The conference scheduled for December 2, 2021, is **ADJOURNED** to **December 16, 2021, at 10:40 a.m.**</span>

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007-1312

<span style="color:blue">Dated:  December 1, 2021</span>
<span style="color:blue">New York, New York</span>

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:     <u>Mohammed, et al. v. United States Dept. of Agriculture, Food and Nutrition Svc.</u>,
        21-cv-6844 (LGS)

Dear Judge Schofield:

This Office represents defendant United States Department of Agriculture, Food and Nutrition Service ("Defendant" or "United States") in the above-referenced action in which plaintiffs Rashad Lutf Ahmed Mohammed and 1902 New Way Gourmet Inc. ("Plaintiffs") challenge their six-month disqualification from the federal Supplemental Nutrition Assistance Program ("SNAP").  I write to respectfully request an adjournment of the initial conference and an order dismissing this case without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure if the United States is not served within one week.

Plaintiffs filed the complaint on August 13, 2021.  ECF No. 1.  To date, Plaintiffs have not requested issuance of a summons and have not served process on the United States.  As it has been more than 90 days since Plaintiffs filed the complaint, this case is subject to dismissal without prejudice under Rule 4(m).  Fed. R. Civ. P. 4(m) (process must be served within 90 days of filing the complaint).

Plaintiffs have had ample notice of their responsibility to obtain a summons and effect proper service.  On October 21, 2021, counsel jointly requested an adjournment of the initial conference, which had been previously scheduled for October 28, 2021, specifically to permit Plaintiffs time to effect proper service.  ECF No. 13.  The Court granted that request, adjourning the initial conference to December 2, 2021.  Order dated October 22, 2021 (ECF No. 14). Nevertheless, Plaintiffs have still failed to request issuance of a summons or serve the United States.  As such, the United States' time to respond to the complaint has not yet commenced.

In light of these circumstances, the United States respectfully requests that the Court enter an Order that it will dismiss this action without prejudice pursuant to Rule 4(m) if proper service is not made within one week.  In the event this action is not dismissed, the United States respectfully requests an adjournment of the initial conference *sine die*, as the United States intends to move to dismiss the complaint for failure to exhaust administrative remedies.  If served, the United States will file a pre-motion letter in accordance with Paragraphs III.A.1 and III.C.2 of the Court's Individual Rules and Procedures for Civil Cases.

I thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Carly Weinreb
       CARLY WEINREB
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2769
       Carly.Weinreb@usdoj.gov
       *Counsel for Defendant*

Cc:   Joseph A. Bahgat, Esq., *Counsel for Plaintiffs* (by ECF)

2